

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08 **CR08-00750** |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | [18 U.S.C. § 1001: False Statement] |
| AIR SHUNT INSTRUMENTS, INC., | ) | |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1001]

On or about November 26, 2003, in Los Angeles County, within the Central District of California, and elsewhere, in a matter within the jurisdiction of United States Department of Commerce, defendant AIR SHUNT INSTRUMENTS, INC. ("AIR SHUNT") knowingly and willfully concealed and covered up by scheme a material fact, in that the defendant was required to fill out a Shipper's Export Declaration Form Number 7525-V for international packages

1  requiring an export license, defendant sent an international
2  package which required an export license, and defendant knowingly
3  and willfully indicated that no license was required on the
4  Shipper's Export Declaration Form.

THOMAS P. O'BRIEN
United States Attorney

*David A. Goodman, Asst. U.S. Atty*
*Deputy Chief, Criminal Division, FOR:*
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section

RICHARD LEE
Assistant United States Attorney
National Security Section