UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case 2:08-cr-00750-RGK Document 2 Filed 06/27/08 Page 1 of 2

ORIGINAL
FILED
2008 JUN 27 AM 10:42

CASE SUMMARY

Case Number **CR08-00750**    Defendant Number **1**

USA v. **AIR SHUNT INSTRUMENTS., INC.**    Year of Birth **N/A**

■ Indictment  ☐ Information    Investigative agency (FBI, DEA, etc.) **DCIS**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"

## OFFENSE/VENUE

a. Offense charged as a:  ☐ Petty Offense  ☐ Misdemeanor  ☐ Minor Offense  ■ Felony
b. Date of Offense: **5/29/03**
c. County in which first offense occurred: **Los Angeles**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ■ Los Angeles      ☐ Ventura
   ☐ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____

Citation of Offense: **18 USC § 1001**

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ■ No   ☐ Yes
   IF YES, Case No. _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST ATTACH NOTICE OF RELATED CASE:** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
Case Number _____
Charging _____

The complaint:   ☐ is still pending

☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*    ■ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ■ No

*AN ORIGINAL AND 3 COPIES OR THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

This is the _____ Superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ Is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☐ No

*AN ORIGINAL AND 3 COPIES OR THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☐ No
IF YES, list language and/or dialect: _____

CASE SUMMARY

**OTHER**

- ■ Male   ☐ Female
- ■ U.S. Citizen   ☐ Alien

Alien Names(s) _____

_____

This defendant is charged in : ■ All counts

☐ Only counts: _____

☐ This defendant is designed as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designed as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes   ■ No

IF YES, should matter be sealed? ☐ Yes   ■ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud   ■ public corruption
- ☐ government fraud   ☐ tax offenses
- ☐ environmental issues   ☐ mail/wire fraud
- ■ Other: Terrorism

_____

_____

_____

b. Posted bond at complaint level on: _____

in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is a Fugitive   ☐ Yes   ☐ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:

a. Place of incarceration: ☐ State   ☐ Federal

b. Name of Institution: _____N/A_____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction: ☐ Yes   ☐ No

IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes   ☐ No

IF YES   ☐ State   ☐ Federal   AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred form another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400]

**CUSTODY STATUS**

Defendant is **not** custody:

a. Date and time of arrest on complaint: __N/A__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information (Explain): _____

_____

_____

_____

22. Date: __6-26-08__   23. _____[signature]_____
                              *Signature of Assistant U.S. Attorney*

                         23. RICHARD Y. LEE
                              *Print Name*

CR-72 (07/05)   CASE SUMMARY   Page 2 of 2